KAREN A. CONNOLLY
**KAREN A. CONNOLLY, LTD.**
6600 W. Charleston Blvd., Ste. 124
Las Vegas, NV  89146
Telephone:   (702) 678-6700
Facsimile:    (702) 678-6767
E-Mail:       advocate@kconnollylawyers.com
*Attorney for Defendant, Simon Debessay*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>vs.<br><br>SIMON DEBESSAY,<br><br>             Defendant. | 2:12-CR-452-JAD-VCF<br><br>**REQUEST TO WITHDRAW, WITHOUT PREJUDICE, DEFENDANT DEBESSAY'S MOTION SUPPRESS STATEMENT (CR 34)** |

COMES NOW the defendant, SIMON DEBESSAY, by and through his counsel of record, Karen A. Connolly, of the law firm of Karen A. Connolly, Ltd., who files this Motion to Withdraw Without Prejudice, Defendant Debessay's Motion to Suppress Statement (CR 34).

This matter currently is scheduled for hearing on Monday, November 25, 2013, at the hour of 10:00 a.m.  Defendant further requests that this hearing be vacated.

DATED this _22_ day of November 2013.

KAREN A. CONNOLLY, LTD.

_____
KAREN A. CONNOLLY
Nevada Bar No. 4240
6600 W. Charleston Blvd., Ste. 124
Las Vegas, NV  89146
Telephone:   (702) 678-6700
*Attorney for Defendant, Simon Debessay*

/ / /

/ / /

/ / /

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED:     11-22-2013

Request to Withdraw Motion.wpd                              1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of KAREN A. CONNOLLY, LTD., and on the 22nd day of November 2013, I served a true and correct copy of the above and foregoing *Motion to Withdraw Without Prejudice, Defendant Debessay's Motion to Suppress Statement* by electronic mail, pursuant to the NEF-AC, to the following parties at interest:

Daniel G. Bogden, United States Attorney
Timothy S. Vasquez, Assistant US Attorney
Email: timothy.s.vasquez@usdoj.gov

Mace J. Yampolsky
*Attorney for Defendant Solomn Zemedhun*
Email: Mace@macelaw.com
Jasmine@macelaw.con
Jason@macelaw.com

Gabriel L. Grasso
*Attorney for Defendant Davit Mosazgi*
Email: gabriel@grassodefense.com
Julian@grassodefense.com
mj@grassodefense.com
tannia@grassodefense.com
zohra@grassodefense.com

_____
an Employee of KAREN A. CONNOLLY, LTD.

Request to Withdraw Motion.wpd    2